# Court of Appeals
# of the State of Georgia

ATLANTA, January 15, 2020

*The Court of Appeals hereby passes the following order:*

**A19A2361.  DESTINY FITNESS OF CORDELE, INC. et al. v. McGINNIS.**

We granted these defendants' interlocutory application to consider whether the trial court erred in denying them summary judgment in plaintiff Teresa McGinnis's personal injury action. The interlocutory appeal was duly docketed on June 28, 2019.

Having reviewed the record and the applicable law, we now DISMISS this appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/15/2020
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*